UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURNS,<br><br>                       Plaintiff,<br><br>    -against-<br><br>NICOLE SABRINA,<br><br>                      Defendants. | 23-CV-9085 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 16, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2023
             New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge